**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 07-CR-20076-11

JERRY GUNTER,

    Defendant.
                                                /

**ORDER DENYING DEFENDANT'S MOTION FOR RELEASE FROM DETENTION**

Defendant moved on July 19, 2007 for modification of his detention, seeking referral to an inpatient drug rehabilitation facility. The court conducted a hearing on the motion and deferred a conclusion until the Pretrial Services Officer made a fresh review and recommendation as to the availability and suitability of a program such as suggested by Defendant.

The officer's report has now been received by the court and was provided to counsel. The officer recommends that the court not release the Defendant based primarily on his previous poor performance and lack of motivation with respect to drug treatment; the officer notes also that no available inpatient facility is secure. Accordingly,

IT IS ORDERED that Defendant's motion for release from detention [Dkt. # 123] is DENIED.

                                                        S/Robert H. Cleland
                                                        ROBERT H. CLELAND
                                                        UNITED STATES DISTRICT JUDGE

Dated: August 8, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 8, 2007, by electronic and/or ordinary mail.

                                             S/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522

S:\Cleland\JGF\Criminal\07-20076.GUNTER.DenyMotionToRelease.wpd

2