MIE 1A  
Revised 07/12

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

        v.

GUNTER, Jerry                                     Crim. No.: 07-CR-20076-08

On February 26, 2015, the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on April 9, 2015 and the Court made the following findings:

__x__ Bond revoked while Jerry Gunter is waiting for Residential Reentry Center placement. While in the U.S. Marshal custody, Jerry Gunter shall have a full physical evaluation and treatment.

A court date will be scheduled 90 days from Jerry Gunter's placement in a Residential Reentry Center.

_____ The following special conditions of supervision is added:

The defendant shall notify the United States Probation Officer (USPO) immediately (no later than 72 hours) if the defendant receives any prescription for medication containing a controlled substance during the period of supervised release. The defendant shall provide the USPO such documentation and verification as the USPO may reasonably request.

                                                Respectfully submitted,

                                                s/Tracy Kosmas  
                                                Supervising U.S. Probation Officer  
                                                313-234-5272

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be continued to a later date and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 15th Day of April, 2015.

                                                s/Robert H. Cleland  
                                                Robert H. Cleland  
                                                United States District Judge