MIE 3
Revised 07/12

Order of the Court to Dismiss Recall Summons

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

GUNTER, Jerry            Crim. No.: 0645 2:07CR20076-8

On 02/26/2015 the Court authorized a petition and warrant for probation violation charges.

    The probation department is recommending that the violation petition be dismissed and the warrant be recalled and supervision continued to the original expiration date.

Reviewed and Approved:            Respectfully submitted,

s/Tracy Kosmas            s/Marc W. Calandra
Supervising United States Probation Officer      United States Probation Officer

## ORDER OF THE COURT

    Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

           s/Robert H. Cleland
           Robert H. Cleland
           United States District Judge

Dated: August 12, 2015

cc: U.S. Marshal