**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,                                             Case No. 07-20076–8

    v.

JERRY GUNTER

    Defendant.

_____/

## **ORDER GRANTING BOND AND SETTING CONDITIONS OF RELEASE**

A telephonic conference was held on December 20, 2016 with the Court, Counsel for the Government and the Defendant, the Probation Officer and a US Marshal as to the health and custody status of defendant Jerry Gunter. It was determined that the defendant will be granted bond awaiting the continued supervised release violation hearing set for January 9, 2017. Therefore,

IT IS ORDERED that Defendant's bond shall be set at $10,000 unsecured, with additional conditions of release. The Probation Officer shall attach a GPS tether to the Defendant. He shall remain at his residence at all times, with the exception of medical appointments or legal obligations at the discretion of the Probation Officer. There will be "Zero Tolerance" for any drug or alcohol use and any new criminal activity.

The defendant is directed to appear for the Supervised Release Violation Hearing on **Monday, January 9, 2017 at 10:00 at the US District Court in Detroit, Michigan, Courtroom 252.**

          S/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: December 21, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 21, 2016, by electronic and/or ordinary mail.

          S/Lisa Wagner
          Case Manager and Deputy Clerk
          (810-) 984-2056